MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

MICHAEL D. McLEAN, ESQ.
(Admitted Pro Hac Vice)
MICHAEL J. FABREGA, ESQ.
(Admitted Pro Hac Vice)
Adelson McLean, APC
895 Dove Street, Suite 300
Newport Beach, CA 92660
Phone: 949-402-8399
Email: mmclean@adelsonmclean.com
Email: mfabrega@adelsonmclean.com

Attorneys for Defendants:
Heartland Express, Inc. of Iowa and
Harun Hasseim Thornes

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOOLEY, individually, | CASE NO: 2:19-cv-02012-JCM-NJK |
| Plaintiff, | |
| vs. | |
| HARUN HASSEIM THORNES, individually; HEARTLAND EXPRESS, INC. OF IOWA, A Foreign Profit Corporation; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

IT IS HEREBY STIPULATED by the parties, by and through their respective

1  counsel of record, that the above-entitled action shall be dismissed, with prejudice, each
2  party to bear its own attorneys' fees and costs;
3  Approved as to form:
4  Dated this 16 day of ~~August~~ Nov 2020.        Dated this 19 day of ~~August~~ November 2020.
5  MAINOR WIRTH, LLP.                                BAUMAN LOEWE WITT & MAXWELL
6
7  _____              _____
   ASH MARIE GANIER, ESQ.                        MICHAEL C. MILLS, ESQ.
8  Nevada Bar 14712                               Nevada Bar No. 003534
   6018 S. Fort Apache Rd, Ste. 150               3650 N. Rancho Dr., Ste. 114
9  Las Vegas, NV 89148-5652                       Las Vegas, NV 89130
   Phone: 702-464-5000                            Phone: 702-240-6060
10 Fax: 702-463-4440                              Fax: 702-240-4267
   Attorneys for Plaintiff,
11 John Dooley
                                                  MICHAEL D. McLEAN, ESQ.
12                                                (Admitted Pro Hac Vice)
                                                  MICHAEL J. FABREGA, ESQ.
13                                                (Admitted Pro Hac Vice)
                                                  Adelson McLean, APC
14                                                895 Dove Street, Suite 300
                                                  Newport Beach, CA 92660
15                                                Phone: 949-402-8399
                                                  Email: mmclean@adelsonmclean.com
16                                                Email: mfabrega@adelsonmclean.com

17                                                Heartland Express, Inc. of Iowa and
                                                  Harun Hasseim Thornes
18
   **IT IS SO ORDERED.**
19
20
21
                          _____
22                        UNITED STATES DISTRICT COURT JUDGE,
23
24          DATED: November 30, 2020
                   _____
25
26
27
28

                              STIPULATION
                              - Page 2 of 2 -

3570292v1